[No. 27246-6-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. GLENN LIVERMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-8-00444-1, David S. Hatch, J. Pro Tem., entered March 15, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 27359-4-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ELDRID GRAY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00791-6, Stephen M. Warning, J., entered April 17, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27410-8-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. JO ANN MALONE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00429-2, F. Mark McCauley, J., entered April 19, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27551-1-II. Division Two. November 8, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR W. WALTON, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-00458, Gary Tabor, J., entered July 6, 2001. *Remanded* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.